

MICHAEL E. ALLEN
PLAINTIFF/PETITIONER/MOVANT'S NAME

H-42389
PRISON NUMBER

CALIPATRIA STATE PRISON
PLACE OF CONFINEMENT

P.O. BOX-5002
CALIPATRIA, CALIFORNIA
ADDRESS

2254 ____ 1983
FILING FEE PAID
Yes ____ No ____

IFP MOTION FILED
Yes ✓ No ____

COPIES SENT TO
Court____ ProSe____

FILED
DEC 1 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

MICHAEL E. ALLEN,
              Plaintiff/Petitioner/Movant

v.

TIMOTHY J. REILLY,
              Defendant/Respondent

Civil No. **'07 CV 2331 JLS CAB**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I, Michael E. Allen,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No     (If "No" go to question 2)

    If "Yes," state the place of your incarceration CALIPATRIA STATE PRISON

    Are you employed at the institution?     ☒ Yes ☒ No

    Do you receive any payment from the institution?   ☐ Yes ☒ No

[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

See Attachment #12
Certificate portion of this Affidavit
and Certified copy of The trust
Account statement.

CIV-67 (Rev. 4/06)                                                                H:\CIV-67.wpd

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____

_____

_____

_____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _Been inccercerate no_

_employer_____

_____

_____

3. In the past twelve months have you received any money from any of the following sources?:

   a.  Business, profession or other self-employment   ☐ Yes ☒ No
   b.  Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c.  Pensions, annuities or life insurance   ☐ Yes ☒ No
   d.  Disability or workers compensation   ☐ Yes ☒ No
   e.  Social Security, disability or other welfare   ☐ Yes ☒ No
   e.  Gifts or inheritances   ☐ Yes ☒ No
   f.  Spousal or child support   ☐ Yes ☒ No
   g.  Any other sources   ☒ Yes ☐ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _Yes a New Years eve gift of 400.00_

_from my family To Purchese a Television set and a Radio on Jan-2007_

_____

4. Do you have any checking account(s)? ☐ Yes ☒ No

   a.  Name(s) and address(es) of bank(s):_____

   b.  Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No

   a.  Name(s) and address(es) of bank(s):_____

   b.  Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No

   a.  Make:_____ Year:_____ Model:_____

   b.  Is it financed? ☐ Yes ☐ No

   c.  If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes ☒ No
If "Yes" describe the property and state its value. _____

_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _None_____

_____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____
_None_____

_____

_____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _None_____

_____

_____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you _must_ explain the sources of funds for your day-to-day expenses. _I have_
_a minus Transaction and have been broke without funds no money, Assistance_
_or prison job._____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_11-28-07_ 
DATE

_Michael Che_
SIGNATURE OF APPLICANT

DECLARATION OF _Michael  E.  Allen_

I, _Michael E. Allen_, declare:

1. I am the ☒ *petitioner/plaintiff* ☐ *respondent/defendant* in the within cause of action, and in support my application to proceed in this matter without prepayment of fees pursuant to *Cal. Rules of Court*, rule 985, and *Govt. Code* section 68511.3, I declare and incorporate by reference each and every statement following each box(es) which has been marked:

☒  I am an inmate who is incarcerated in state prison located at: _Calipatria State Prison_

☐  The balance of my inmate trust account is approximately $ _-0-_, and my monthly earnings each month is approximately $ _-0-_. Additionally, I do not own any other assets or personal property of any value.

2.  Accordingly, I am without the financial means to pay the court's filing fee and/or costs at this time.

I, _Michael E. Allen_, declare under penalty of perjury under the laws of the state of California that the above is true and correct and of my own personal knowledge. Executed this _5_ day of _November_, _2007_, at _Calipatria_, California.

_Michael E. Allen_
DECLARANT, *In Propria Persona*

----PRISON CERTIFICATE---
(INCARCERATED APPLICANT ONLY)
(To Be Completed By The Institution Of Incarceration)

I certify that the applicant, _Allen, Michael_ (CDC# _H42389_), has the sum of $ _6.30_ on account at CALIPATRIA STATE PRISON.

I further certify that said applicant has the following securities _N/A_ to his credit according to the records of the aforementioned institution, and that during the past six-months said applicant's average monthly inmate trust account balance was $ _55.14_, and the average monthly deposits to said applicant's account was $ _8.34_.

ALL PRISONERS MUST ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR A SIX-MONTH PERIOD

_11/10/07_
DATE

_K. Perdomo_
SIGNATURE OF AUTHORIZED OFFICER OF THE PRISON

_K. Perdomo_
OFFICER'S FULL NAME (PRINTED)

_Account Clerk II_
OFFICER'S TITLE/RANK

ATTACHMENT 12
(In Forma Pauperis)

(Rev. 01/03)

Page two (a)

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 10, 2007

CT:  H42389       ACCT NAME: ALLEN, MICHAEL           ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 305.98 | 50.00 | 355.98 | 0.00 | 6.30 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------------
6.30-
---------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _____
        TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 01, 2007 THRU SEP. 12, 2007

ACCOUNT NUMBER : H42389                    BED/CELL NUMBER: ASU 00000000137U
ACCOUNT NAME   : ALLEN, MICHAEL                ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 08/15/2007 | H109 | LEGAL POSTAGE HOLD | 08-09/0955 | 2.67 |
| 08/22/2007 | H109 | LEGAL POSTAGE HOLD | 08-20/1089 | 16.95 |
| 09/05/2007 | H200 | GENERAL HOLD | ENVEL 1334 | 0.15 |
| 09/10/2007 | H109 | LEGAL POSTAGE HOLD | 9/6  1433 | 4.60 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 24.37 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 24.37- |

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIPATRIA STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU NOV. 07, 2007

ACCOUNT NUMBER : H42389                    BED/CELL NUMBER: ASU 00000000137U
ACCOUNT NAME   : ALLEN, MICHAEL            ACCOUNT TYPE: I
PRIVILEGE GROUP: D

                              TRUST ACCOUNT ACTIVITY

        << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-----------|------|---------------------------|-----------|------------|
| 10/09/2007 | H118 | LEGAL COPIES HOLD | 10/3  2043 | 27.90 |
| 10/09/2007 | H118 | LEGAL COPIES HOLD | 10/3  2043 | 10.00 |
| 10/09/2007 | H200 | GENERAL HOLD | ENVEL 2045 | 0.45 |
| 10/09/2007 | H200 | GENERAL HOLD | ENVEL 2045 | 0.15 |
| 10/09/2007 | H109 | LEGAL POSTAGE HOLD | 10/5  2063 | 5.05 |
| 10/09/2007 | H109 | LEGAL POSTAGE HOLD | 10/5  2063 | 1.64 |
| 10/09/2007 | H109 | LEGAL POSTAGE HOLD | 10/5  2063 | 4.60 |
| 10/16/2007 | H109 | LEGAL POSTAGE HOLD | 10/12 2213 | 4.60 |
| 10/16/2007 | H109 | LEGAL POSTAGE HOLD | 10/12 2213 | 1.82 |
| 10/16/2007 | H109 | LEGAL POSTAGE HOLD | 10/9  2213 | 4.60 |
| 10/16/2007 | H109 | LEGAL POSTAGE HOLD | 10/9  2213 | 0.97 |
| 10/16/2007 | H109 | LEGAL POSTAGE HOLD | 10/9  2213 | 0.41 |
| 10/16/2007 | H118 | LEGAL COPIES HOLD | 10/10 2217 | 20.80 |
| 10/16/2007 | H200 | GENERAL HOLD | ENVEL 2219 | 0.30 |
| 11/06/2007 | H109 | LEGAL POSTAGE HOLD | 11/5  2652 | 1.99 |

                              TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---------|---------|---------|---------|---------|---------|
| 0.00 | 0.00 | 0.00 | 0.00 | 85.28 | 0.00 |

                                                        CURRENT
                                                        AVAILABLE
                                                        BALANCE
                                                       --------------
                                                            85.28-
                                                       --------------
                                                       --------------

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, ___Michael G. Allen ~ 1147389_____, request and authorize the agency holding me in
<span>(Name of Prisoner/ CDC No.)</span>
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

___11-28-07___
DATE

___Michael G. Allen___
SIGNATURE OF PRISONER