MC-410

☐ **FORM TO BE KEPT CONFIDENTIAL** (if box checked)

| | FOR COURT USE ONLY |
|---|---|
| APPLICANT (name): MICHAEL E. Allen H42359 | **FILED** |
| APPLICANT IS: ☐ Witness ☐ Juror ☐ Attorney ☒ Party ☐ Other | 2008 JAN 31 PM 4:18 |
| Person submitting request (name): | CLERK US DISTRICT COURT |
| APPLICANT'S ADDRESS: P.O. Box 5002 | SOUTHERN DISTRICT OF CALIFORNIA |
| Calipatria, Calif. 92233 | |
| TELEPHONE NO.: | BY _RM_ DEPUTY |
| NAME OF COURT: United States Dist. Ct. Southern Dist. of | |
| STREET ADDRESS: California | |
| MAILING ADDRESS: 880 Front Street, Suite #4290 | **NUNC PRO TUNC** |
| CITY AND ZIP CODE: San Diego, Calif. 92101-8900 | **JAN 30 2008** |
| BRANCH NAME: | |
| NAME OF JUDGE: Honorable Janis L. Sammartino | |
| CASE NAME: Allen v. Reilly | |
| **REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES and ORDER** | CASE NUMBER: 07-CV-02331-JLS-CAB |

Applicant requests accommodation under California Rules of Court, rule 989.3, as follows: *42 U.S.C. 12101 American
1. Type of proceeding: ☐ Criminal ☒ Civil   with Disability Act of 1990.
2. Proceedings to be covered (e.g., bail hearing, preliminary hearing, particular witnesses at trial, sentencing hearing): Court proceedings on 42 U.S.C. 1983.
3. Dates accommodations needed (specify): Upon filing of 1st Amendment complaint to help fix deficiencies in pleadings.
4. Impairment necessitating accommodations (specify): Legally mentally incompetent. EX#A verified proof of Mental Impairments under Americans with Disability Act.
5. Type of accommodations (be specific): Appointment of a court appointed attorney for the incompetent to help fix deficiencies in complaint and Representation.
6. Special requests or anticipated problems (specify): Attorney Ad litem or Refer case to Protection and Advocacy Inc. To Protect those with disabilities. 1111 Sixth Avenue Ste #200 San Diego, Calif. (619) 239-7861
7. I request that my identity ☐ be kept CONFIDENTIAL ☐ NOT be kept CONFIDENTIAL.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/23/08

Michael E. Allen                          ▶ /s/ M. Allen
(TYPE OR PRINT NAME)                        (SIGNATURE OF APPLICANT)

---

**ORDER**

| ☐ The request for accommodations is GRANTED because | ☐ The request for accommodations is DENIED because |
|---|---|
| ☐ the applicant satisfies the requirements of the rule. | ☐ the applicant does not satisfy the requirements of the rule. |
| ☐ it does not create an undue burden on the court. | ☐ it creates an undue burden on the court. |
| ☐ it does not fundamentally alter the nature of the service, program, or activity. | ☐ it fundamentally alters the nature of the service, program, or activity. |
| ☐ Alternate accommodations granted (specify): | (Specify): |

Date: _____                    JUDGE: _____

Form Adopted by the Judicial Council of California MC-410 [New January 1, 1996] Mandatory Form

REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES and ORDER

THOMSON
★
WEST

Cal. Rules of Court, rule 989.3

EXHibit #A

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF IMPERIAL** ||
| In the Matter of Michael Allen<br><br>DOB:   4/22/66 | Jud. Officer:   Jeffrey B. Jones<br>Clerk:           Francisco Soto<br>Bailiff:          David Obeso<br>CSR:            Lori Kowalski<br>Interpreter:<br>Language:<br><br>Plaintiff Counsel/DA: Wayne Robinson<br><br>Defendant Counsel/PD: Tim Reilly |
| Order:   Judgment and Commitment<br><br>Date:    September 6, 2007 | Case No.   EMH00214 (JCF19796)<br>            El Centro Dept. 5 |
| Charges: ||

The above entitled case came before this court on 6/21/07 on the filing of an indictment, charging the defendant with a crime to wit, **BATTERY ON NON-CONFINED PERSON BY PRISONER** in violation of **PC4501.5** and **CUSTODIAL POSSESSION OF WEAPON** in violation of **PC4502(a)**.

The records show the defendant appeared in court represented by his attorney at which time criminal proceedings were suspended. Doctors were appointed by the court to examine the defendant for determination of his mental competency. Hearing was held before this court without a jury and written reports were received from the above doctors in lieu of testimony.

**IT IS THE FINDING OF THE COURT**, after considering the doctor's written report regarding the question of mental competency of the defendant, that the defendant is mentally incompetent.

**IT IS THE ORDER OF THE COURT** that the defendant be committed to **PATTON STATE HOSPITAL** for care and treatment as a mentally incompetent person. Maximum term of commitment is 3 years. No credit for time served.

**IT IS THE FURTHER ORDER OF THE COURT** the authorities at **PATTON STATE HOSPITAL** report to the court within the next 90 days as to the condition and probability of recovery of the defendant, and thereafter the authorities shall report from time to time as to the condition of the defendant until his or her mental competency has been restored and the patient is ready to be returned to court for reinstatement of criminal proceedings. Review Hearing is set for 11/29/07 at 1:30 p.m. in Department 5.

**IT IS THE FURTHER ORDER OF THE COURT** that the Sheriff of the County of Imperial take and deliver the defendant to the proper authorities at **PATTON STATE HOSPITAL** to be cared for as provided by law and upon receiving a certification of mental competency pursuant to Section 1373 of the California Penal Code, return the defendant to this county and present him or her in this court as soon thereafter as possible.

Date: _____

JUDGE OF THE SUPERIOR COURT

Date: _____

JOSE O. GUILLEN, COURT EXECUTIVE OFFICER

By: _____
    Deputy Clerk

Page 1 of 1

08-21-07P01:27 RCVD

# IMPERIAL COUNTY BEHAVIORAL HEALTH SERVICES
### Adult Outpatient Clinic
120 NORTH EIGHTH STREET ♦ EL CENTRO, CA 92243 ♦ (760) 482-4087



### P.C. 1370(A)/1370.01(A) Placement Recommendation

NAME: Michael Allen                REPORT DATE: 08-14-07

CASE NUMBER: EMH00214               REPORT DUE: 09-05-07

REASON REFERRED: This report was ordered to aid the Court in determining the placement necessary to return the defendant to mental competence.

METHODS OF EVALUATION: For the purposes of this report the following sources of information were used:
- The Court's P.C. 1369.(a) Competence Evaluation Order of June 21, 2007 & July 12, 2007;
- The court's P.C. 1370.(A) Order of August 9, 2007;
- Evaluation of the defendant at Imperial County Jail on July 31, 2007 for 30 minutes;
- Review of 113 pages of Department of Corrections Records provided by defendant's attorney.

RECOMMENDATIONS:
- Although the defendant is not a danger to self or others, placement on outpatient status would not be appropriate as this felony defendant is under the care & custody of the California Department of Corrections.

- Committed to Patton State Hospital, or some similar secure and structured treatment facility available through CDC for treatment to return the defendant to competence would be appropriate for this defendant.

The following documents should accompany the defendant to the treatment facility (cf. PC 1370.(3)(A)/1370.01(3)(A)):
1. The commitment order, including specification of the charges.
2. A computation or statement setting forth the maximum term of commitment.
3. A computation or statement setting forth the amount of credit for time served, if any, to be deducted from the maximum term of commitment.
4. State Summary Criminal History information.
5. Any arrest reports prepared by the police department or other law enforcement agency (available through ICBHS).
6. Any court-ordered psychiatric examination or evaluation reports, which would include the County Mental Health Director's placement recommendation report.

Respectfully submitted:

Louis Blumberg, Ph.D.
Supervising Clinical Psychologist
(Calif. License PSY5338)

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF IMPERIAL ||
|---|---|
| In the Matter of Michael Allen<br><br>An Alleged:<br>☐ Developmentally Disabled Person<br>☒ Mentally Ill Person<br>☐ Narcotic Addict | Judge: Jeffrey B. Jones<br>CSR: Lori Kowalski<br>Bailiff: David Obeso<br>Clerk: Francisco Soto<br>Interpreter:<br>Language: |
| Minutes: Receipt of Report and Placement Hearing | Case No. EMH00214<br><br>El Centro Dept. 5 |
| Date: September 6, 2007 | Related Cases: JCF19796 |

Appearances:
☐ No appearances
☐ Party: _____
☒ Party: Michael Allen, Respondent with counsel
☐ Other _____

☒ Attorney: Wayne Robinson, for the People
☒ Attorney: Timothy Reilly, for the Respondent
☐ Attorney: _____

The Court notes that the report recommending placement was filed on 8/21/07. The Court states it is prepared to order follow the recommendations in the said report and order that the Respondent be committed to Patton State Hospital.

The matter is submitted to the Court.

THE COURT receives the report filed on 8/21/07 into evidence.

THE COURT finds that the appropriate placement is Patton State Hospital.

THE COURT directs that the Respondent be committed to Patton State Hospital for restoration of competence.

The Court notes that the maximum term of commitment would be 25 years to life.

THE COURT finds that the maximum term of commitment is 3 years.

THE COURT finds that the Respondent shall receive no credits for time served.

THE COURT directs the Sheriff of Imperial County to take and deliver the Respondent to the proper authorities at Patton State Hospital.

THE COURT orders a review hearing set on 11/29/07 at 1:30 p.m. in Department 5.

Defendant is remanded into the custody of the Department of Corrections

EXHIBIT #1