# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Michael Allen

V.

Timothy J. Reilly

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv2331 JLS (CAB)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's First Amended Complaint is dismissed for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b). The Court finds amendment of Plaintiff's § 1983 claims would be futile at this time, leave to amend is Denied.

| March 20, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/M. Zvers
(By) Deputy Clerk

ENTERED ON March 20, 2008

07cv2331 JLS (CAB)