# UNITED STATES DISTRICT COURT

FOR THE ___SOUTHERN_____ DISTRICT OF ___CALIFORNIA___

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____ U.S. District Court Case No. **07-2331-JLS-CAB**
(Include defendant # in Criminal Cases)

Short Case Title ___ALLEN V. REILLY_____
(Include Name of Specific Defendants in Criminal Cases)

Date Notice of Appeal Filed by Clerk of District Court ___April 9, 2008___

---

**SECTION A** — To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | **FILED** | Voir Dire |
| | APR 28 2008 | Opening Statements |
| | | Settlement Instructions |
| | CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| MArch 20, 2008 | | Other (please specify) Judgment & Ruling on 42 U.S.C 1983 |

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(X) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered ___April 20, 2008___

Type or Print Name ___Michael E. Allen - H42389___

Signature of Attorney ___Michael E. Al_____ Phone Number _____

Address: ___P.O. Box 5002, Calipatria, Calif. 92233___

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. District Court at (619) 557-6368.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1)  Pick up form from district court clerk's office when filing the notice of appeal.
(2)  Complete Section A, place additional designations on blank paper if needed.
(3)  Send Copy 1 to District Court.
(4)  Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5)  Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6)  Continue to monitor progress of transcript preparation.