

**FILED**
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

MAY 22 2008

FILED _____
DOCKETED 5-22-8
DATE    INITIAL

W. Samuel Hamrick, Jr.
Clerk of Court

To:   Clerk, U.S. Court of Appeals
      P.O. Box 193939
      San Francisco, CA 94119-3939

Re:   USCA No:   08-55679
      USDC No:   07cv2331 JLS (CAB)
      **Allen v. Reilly**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | | |
|---|---|---|---|---|
| | Copy of the Notice of Appeal | | Docket Entries | |
| | Case Information/Docket Fee Payment Notification Form | | | |
| | Order for Time Schedule (Criminal) | | | |
| | Original Clerk's Record in | | set(s) of | | volume(s). |
| | Reporter's transcript's transcripts in | | set(s) of | | volume(s). |
| | Clerk's supplemental record in | | set(s) of | | volume(s). |
| | Exhibits in | envelope(s) | box(es) | folders(s) |
| | Judgement Order | OR | F/P Order | |
| | CJA Form 20 | OR | Minute Order | |
| ✖ | Certificate of Record | OR | Mandate Return | |
| | Amended docket fee notification form | | | |
| | Order Appointing Counsel for Appeal | | | |
| | | | | |
| ✖ | Please acknowledge on the enclosed copy of this transmittal | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date:   05/16/08           By: ____**L. Hammer**____
                              Lauren Hammer, Deputy